**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| BATOL KHAN,<br><br>*Plaintiff,*<br><br>v.<br><br>AMRIS HEATON, *et al.*,<br><br>*Defendants.* | ) | Case No. 1:25-cv-534 (LMB/IDD) |

**ORDER**

This matter comes before the Court on the parties' joint motion to remand. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that Plaintiff Khan's Form N-400, Application for Naturalization, is REMANDED to United States Citizenship and Immigration Services ("USCIS") for further proceedings; it is further

ORDERED that USCIS shall render a decision on Plaintiff Khan's Form N-400, Application for Naturalization, within sixty (60) days from the date of this Order; and it is further

ORDERED that all parties shall bear their own litigation costs and attorney's fees.

Dated: April 24, 2024

/s/ LMB
Leonie M. Brinkema
United States District Judge